### 130. James v. Bowser.

HAMMOND, J. The suit was for the purchase-price of a tank. The basis of the suit was a written contract. This contract was assailed because of failure of consideration, ambiguity, and fraud. We think the issues presented were fairly submitted by the judge of the trial court to the jury, which returned a verdict for the plaintiff; and therefore the judge of the superior court did not err in overruling the certiorari and refusing to order a new trial. *Judgment affirmed.*

Certiorari, from Early superior court—Judge Sheffield. April 2, 1906.

Argued February 25,—Decided March 19, 1907. Powell, J., being disqualified, Judge Hammond, of the Augusta circuit, was designated to preside in his stead.

*Glessner & Pottle,* for plaintiff in error. *W. G. Park,* contra.